**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Nicolas ALANIS–SOTO, Defendant–Appellant.**

**No. 04–40239.
Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Decided Aug. 18, 2004.

Paula Camille Offenhauser, James Lee Turner, Assistant U.S. Attorneys, Houston, TX, for Plaintiff–Appellee.

Roland E. Dahlin, II, Federal Public Defender, Thomas G. Lindenmuth, H. Michael Sokolow, Houston, TX, for Defendant–Appellant.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before HIGGINBOTHAM, DAVIS, and PICKERING, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Nicolas Alanis–Soto concedes that the arguments raised are foreclosed by circuit precedent but seeks to preserve them for further review. The Government has moved for summary affirmance in lieu of filing an appellee's brief. The motion is GRANTED, and the judgment of the district court is AFFIRMED.

Before HIGGINBOTHAM, DAVIS, and PICKERING, Circuit Judges.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

